ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/3/2015 9:03:17 AM
KEITH HOTTLE
CLERK



UHL, FITZSIMONS,
JEWETT & BURTON, PLLC

404 E. Ramsey, Suite 430
San Antonio, Texas 78216
T 210.829.1660
F 210.829.1641

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/3/2015 9:03:17 AM
KEITH E. HOTTLE
Clerk

September 2, 2015

Hon. Sandee Bryan Marion, Chief Justice
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

    Re:    Court of Appeals Number: 04-14-00807-CV
              Trial Court Case Number: M-12-0045-CV-A
              *Aery, et al. vs. Hoskins, Inc., et al.*

Dear Hon. Justice Bryan Marion:

In response to the Court's letter of July 30, 2015, please be advised that Appellee Blake C. Hoskins will yield his oral argument time to Ellen Mitchell, counsel for Appellees C. Clifton Hoskins and Hoskins, Inc.

Sincerely,

UHL, FITZSIMONS, JEWETT & BURTON, PLLC

Ezra A. Johnson,
Attorney for Appellee Blake C. Hoskins

EAJ/eaj

{739/003/00108097.DOCX;1 }

ATTORNEYS AT LAW
ufjblaw.com